JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT EARL HURST, III, | ) | NO. EDCV 21-1043-DMG (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARREN L. MONTGOMERY, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 20, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE